# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00232-CV

---

**In re Brian Robert Cunningham**

---

## ORIGINAL PROCEEDING FROM CALDWELL COUNTY

---

## M E M O R A N D U M   O P I N I O N

Brian Robert Cunningham has filed a petition for writ of mandamus seeking relief from an order authorizing the issuance of letters of guardianship for his mother, Patricia Louise Lock. A party seeking mandamus relief has the burden of providing this Court with a sufficient record to establish his right to such relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); Tex. R. App. P. 52.7(a).

Relator has not provided this Court with a record as required by Rule 52.7; therefore, this Court is unable to assess the right to mandamus relief. We accordingly deny relief. *See* Tex. R. App. P. 52.8(a).

 

 

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Filed: April 9, 2025